UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MICHAEL JAMES SEABROOK,

        Defendant.

Case No. CR04-5313-RBL

**DETENTION ORDER**

On March 12, 2012, the Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and found that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant plead guilty to Possession of Marijuana with Intent to Distribute and failed to appear for his sentencing hearing in 2005. The Court received no information about his whereabouts since he absconded and no information about his residence, ties to the community, employment or health. He is a Canadian citizen and there is an immigration detainer lodged against him. Defendant through counsel did not contest detention.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge